1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | AHMED AMER ABDULAMEER, ET AL., | CASE NO. 2:21-CV-02192-KJM-AC |
   |                                 |                               |
12 |             Plaintiff,          | STIPULATION AND ORDER RE: DISMISSAL |
   |                                 |                               |
13 |             v.                  |                               |
   |                                 |                               |
14 | MERRICK GARLAND, ET AL.,        |                               |
   |                                 |                               |
15 |             Defendants.         |                               |

16
       The parties hereby stipulate to the dismissal of this action in its entirety, each side to bear its own
17
   costs of litigation.
18

19

20

21

22

23

24

25

26

27

28
                                                    1

Respectfully submitted,

Dated:  February 4, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ GERI NADINE KAHN
GERI NADINE KAHN
Counsel for Plaintiff

ORDER

It is so ordered.

DATED:  February 16, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2